**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JAMAL BRIAN HICKLEN, | ) | No. CV 12-10922-MWF(CW) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| LOS ANGELES POLICE DEP'T, et al., | ) | |
| | ) | |
| Defendant, | ) | |

**IT IS ADJUDGED** that this action is dismissed, without prejudice, for failure to prosecute and failure to comply with Local Rule 41-6 and the orders of this court.

DATE: February 25, 2013

_____
MICHAEL W. FITZGERALD
United States District Judge